# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CASSEY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:16-cv-03018-STA-egb |
| v. ) | |
| ) | **JURY DEMANDED** |
| NSK STEERING SYSTEMS AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13(a), notice is hereby given that all of Plaintiff's claims against Defendant have been resolved through confidential settlement. The Parties are in the process of taking all necessary actions to fulfill the conditions of settlement, and upon completion, the Parties will file a Joint Stipulation of Dismissal with Prejudice, dismissing this lawsuit with prejudice.

        Respectfully submitted,

        /s/ Emma J. Redden
        ANGIE C. DAVIS
        Tennessee Bar No. 20043
        angiedavis@bakerdonelson.com

        EMMA J. REDDEN
        Tennessee Bar No. 33501
        eredden@bakerdonelson.com

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, PC
        First Tennessee Building
        165 Madison Avenue, Suite 2000
        Memphis, Tennessee  38103
        901-577-8110 – *telephone*

        *Attorneys for Defendant NSK Steering Systems America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of June, 2017, a copy of the a copy of the foregoing was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

    William A. Wooten
    WOOTEN LAW OFFICE
    120 Court Square East
    Covington, Tennessee 38019

        /s/ Emma J. Redden

4847-5965-8821 v1
2832072-000394 04/12/2017