UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

CASSEY JONES,                                    JUDGMENT IN A CIVIL CASE

     Plaintiff,

vs.


NSK STEERING SYSTEMS AMERICA, INC.,      CASE NO: 16-3018-STA-egb

     Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation of Voluntary Dismissal With Prejudice entered on June 1, 2017, this cause is hereby dismissed with prejudice.




                         APPROVED:


**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 6/2/2017**                    THOMAS M. GOULD
                               Clerk of Court

                             s/Maurice B. BRYSON

                       (By) Deputy Clerk